

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00556-CV

City of Houston
v.
Carolina Galicia, Individually and as next friend of T.R.G., a minor

On Appeal from the
125th District Court of Harris County, Texas
Trial Court Cause No. 2020-17391

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

April 8, 2021